**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. SAG-26-159** |
| | * | |
| **MATTHEW BATHULA,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

*******

Upon consideration of the parties' Joint Motion to Toll Speedy Trial, it is this __16th__ day of October 2026, hereby

**ORDERED** that, having considered the grounds advanced in the parties' Joint Motion to Toll Speedy Trial, and good cause having been shown in support of the relief requested by this motion, the Court hereby makes the following findings of fact:

1. The Court finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interests of the public and the Defendant in a speedy trial, inasmuch as the parties need a longer period than is normally afforded under the federal Speedy Trial Act for review of the pertinent records, conduct of plea discussions, and pre-trial preparation in the event that no agreement is reached upon a plea.

2. The Court further finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits ordinarily established by the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). This case is unusual and complex owing to the nature of the prosecution, which involves charges of unauthorized access to computers spanning an eight year time frame, and involving a significant amount of electronic evidence. As such, trial within 70 days would deny counsel for Defendant the reasonable time necessary for effective preparation. Therefore, the ends of justice served by such a delay outweigh

the interests of Defendant and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Accordingly, it is further

**ORDERED** that pursuant to 18 U.S.C. § 3161(h), the requested joint motion is **GRANTED**; and it is further

**ORDERED** the time from October 16, 2026, through and including December 16, 2026, shall be excluded from calculations of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161, in this case.

/s/

HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE